**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Thomas Y. Yee
thomas.yee@knobbe.com
Suyoung Jang (*pro hac vice forthcoming*)
suyoung.jang@knobbe.com
1155 Avenue of the Americas
24th Floor
New York, NY 10036
Telephone: (212) 849-3000

Joseph F. Jennings (*pro hac vice forthcoming*)
joseph.jennings@knobbe.com
Marko R. Zoretic (*pro hac vice forthcoming*)
marko.zoretic@knobbe.com
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404

*Attorneys for E & E CO., LTD.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E & E CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　- against -<br><br>LONDON LUXURY LLC,<br><br>　　　　Defendant. | Civil Action No.  1:20-CV-9610<br><br>**PLAINTIFF E&E CO., LTD.'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff E&E Co., Ltd. discloses that it has no parent corporation and no publicly held corporation owns more than 10% of its stock.

-1-

Dated: New York, New York
November 16, 2020

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: _s/ Thomas Y. Yee_

    Thomas Y. Yee
    thomas.yee@knobbe.com
    Suyoung Jang (*pro hac vice forthcoming*)
    suyoung.jang@knobbe.com
    1155 Avenue of the Americas
    24th Floor
    New York, NY 10036
    Telephone: (212) 849-3000

    Joseph F. Jennings (*pro hac vice forthcoming*)
    joseph.jennings@knobbe.com
    Marko R. Zoretic (*pro hac vice forthcoming*)
    marko.zoretic@knobbe.com
    2040 Main Street, 14th Floor
    Irvine, CA 92614
    Telephone: (949) 760-0404

*Attorneys for Plaintiff E & E CO., LTD.*

33875611