UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E&E Co., Ltd.,

                      Plaintiff,

-against-

London Luxury LLC,

                      Defendant.

1:20-cv-09610 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Defendant's Motion to Stay (ECF No. 51) is hereby GRANTED without opposition.

**SO ORDERED.**

DATED:      New York, New York
               December 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge