UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E&E Co., Ltd.,

                    Plaintiff,

-against-

London Luxury LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2021

1:20-cv-09610 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Defendant's two pending Letter Motions to Seal (ECF Nos. 44, 55) are GRANTED. ECF Nos. 45 and 56[1] shall remain under seal. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted). Maintaining the unredacted versions of Defendant's amended pleading under seal is necessary to prevent dissemination of commercially sensitive information.

**SO ORDERED.**

Dated:      New York, New York
             December 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] ECF Nos. 45 and 56 are unredacted versions of, respectively, the proposed amended pleading filed in redacted form at ECF No. 46 and the amended pleading filed in redacted form at ECF No. 57.